From: Bryan Johansen

Engineer, Small Business Owner, Community Leader

San Jose, CA


To: Honorable Judge, Leo T Sorokin

Boston, MA


Some say a father is more than the sum of his parts. I think this applies for Tony more than ever and now. As you review the parts of this case I hope you take time in reviewing the parts of Tony that you hear today with some of these letters.


Tony is a very important person to me. Not because I've only known him for several years but for what he has done for me and my family. I had a life changing event a little over a month ago. A moment that took me away from my family and landed me into a hospital. I was not ok to be a husband or even a father. Tony stepped in and without being asked, took my son in and treated him as his own. I was able to heal and recover because Tony loves my son as if he was his own. I felt safe and reassured because I trust Tony. And I trusted him with my own son's life. Not for once was I scared or in fear for my son because he had his Uncle Tony by his side. My wife told me when she arrived to his house that my son was sleeping peacefully in Uncle Tony's arms.

I run a small business called Baseball's Last Dive Bar. We are federally trademarked within the USA and have donated over $130K back into the community since 2020. I run this business with only one other person. I rely on the help of my friends and loved ones to really be successful at what I do. Tony has donated his time at multiple community events and has been an integral part in the success of these community engagement events, and has donated more than 40 combined hours of his time. These events would not have been a success without his time and efforts. We would not have been able to donate as much without his time and help.

In closing I thank you for your time in hearing just a couple examples of how Tony has impacted my life and my business. I hope you hear many parts that make up the man that stands before you. He is more than these charges. He means a lot to a lot of people. I know the seriousness of the charges before him, but I fully believe he has taking responsibility for what's ahead, I pray he gets the opportunity to correct it and be a positive member within our society. I pray Uncle Tony gets to be Uncle Tony.


Kindest Regards

Bryan Johansen

**From:** Bonnie Shiu Finnegan

Daly City, CA 94015

August 23rd, 2022

**To:** The Honorable Leo T. Sorokin
United States District Judge
United States Courthouse
One Courthouse Way
Boston, MA 02210

**Re: Character Letter for Tony Kim Nguyen (Case: US v. Nguyen)**

Dear Judge Sorokin,

My name is Bonnie Shiu Finnegan and I am writing a character letter on behalf of Tony Kim Nguyen. Tony and I have been friends since 2009. In the thirteen years I have known Tony; I have witnessed him go through hurdles and obstacles in his life. Unfortunately some of these obstacles have also been based on poor decision making which Tony has always taken full responsibility and accountability for.

Although Tony has made some poor choices in his past, he has always displayed his true characteristics; honorable, trustworthy, family oriented, selfless, and respectful. Tony was always known to help out family and friends in times of need. He would always put others before himself. While I was going through a challenging time in my life, Tony was always supportive and uplifted me.

Tony has recently started his own family which includes raising his one year old son. Not only have I witnessed Tony's love and passion in raising his son, but how he wants to set a positive

example for him as well. Unfortunately for Tony, he lacked a positive male role model while growing up and was only raised by his loving mother. Tony does not want this for his son. I understand the charges that are being presented to Tony, and I only request that his sentencing would be reduced therefore he would not be away from his son. I truly believe that a child needs both parents in their life as each parent has important roles in the psychological and emotional development of a child.

It gives me great pleasure to speak on behalf of Tony and to illustrate the person he is. I hope this letter finds you well and will consider reducing his sentencing.


Respectfully,

Bonnie Shiu Finnegan
Police Officer
Daly City Police Department

**MICHAEL HUA, CPA**

**SAN JOSE, CA 95131**

**To**: The Honorable Leo T. Sorokin.
United States District Judget
United States Court House
One Court House WAy
Botonm, MA 02210

Dear Judge Sorokin,

Thank you for taking your time to review Tony Nguyen's case. My name is Michael Hua and I am a Ceritifed Public Accountant and the Vice President of The West Evergreen Valley Association of San Jose, California. I am writing this letter to plead on the behalf of Tony Kim Nguyen as one of my oldest friends of over 20 years.

I understand the great severity in your decision and would like to sincerely share the character of who Tony is and why he deserves your compassion and leniency to stay a part of our community. Growing up with Tony, I had witnessed many times when Tony showed a great character of compassion, loyalty and selflessness. My first memory of Tony's kind hearted character is when he lead his friends to give up their seats on a public bus for women, children and the elderly. Tony would often go out of his way help friends in need even when he didn't have much to give and had anything left for himself. Until now, he is still one of the most sincere people I have the honor to being friend with.

When my mother passed away this past summer, Tony immediately stopped everything he was doing and stayed by my side through the funeral even when most people had paid their respect and left. He is the type of person who always tries to do the right thing but sometimes a person's split decision is not aways the right deicision. It is no doubt what he has done was a mistake but I hope you understand where he was coming from when he made his decision.

I had the honor to see Tony growing up as good man and who now became a great father to his first born son, one year-old Grey. Tony expressed to me his regret about the mistake he made in the past and hopes that would not take away his chance to be a father, a pillar, a provider for his family and Grey. His love and devotion to Grey greatly inspired me to have my own children and become a great father, loving and kind, as he is.

It is my sincere hope that the court takes this lettter into consideration of Tony's case at the time of final judgement. I believe Tony Nguyen is an honorable individual, a valuable member of our community, and would strive to raise his son to be a better man than he is. Tony would be indebted to society to be given the chance where both of his son's parents are there to show Grey that even when they don't have much in finances to live with. There is still greatness in the life they will live.

Sincerely,

*Michael Hua*          10/31/2022

MICHAEL HUA, CPA
TAX EXPERT & WEALTH PLANNER

SAN JOSE, CA 95131

CPA LIC #135842          CA INS. LIC #0G35768

**Tien Nguyen**
**Sales Director**
**Blogic Systems**

**To: The Honorable Leo T. Sorokin**
**United States District Judge**
**United States Courthouse**
**One Courthouse Way**
**Boston, MA 02210**

I hope this letter finds you well. Today, I am writing to you with a heavy heart, as I find myself in a situation that requires me to speak to the character of someone I deeply admire and respect - Tony Nguyen. As their supervisor at BLogic Systems, I have had the privilege of witnessing firsthand the qualities that make him a remarkable individual.

I want to begin by emphasizing just how reliable and hardworking Tony is. Throughout his time with us, he has consistently displayed an exceptional work ethic and an unwavering dedication to their responsibilities. I have never known him to be late or miss a deadline or quota, and his commitment to his work is truly inspiring.

But what truly sets Tony apart is his persistence and determination. No matter the obstacles he faces, he tackles them head-on with an unwavering spirit. It is this relentless pursuit of success that has allowed him to overcome challenges and achieve remarkable results. His tenacity is not only admirable but also serves as a motivation to those around him.

Beyond their professional qualities, I have had the privilege of witnessing Tony's unwavering devotion to their family. He has recently welcomed a beautiful son, Grey, into his life, and it is evident that he are fully committed to providing him with the best possible care and support.

I kindly request that you consider the qualities I have shared and the positive impact Tony has had during their time with us. His strong work ethic, dedication, and commitment to personal growth make them a worthy candidate for redemption and reintegration into society.

If you require any additional information or would like to discuss this matter further, please do not hesitate to contact me. I wholeheartedly support Tony's journey towards rehabilitation and sincerely hope that you will also see the potential for their personal growth and the positive contributions they can make in the future.

Thank you for your time and consideration.

Warm regards,

Tien Nguyen

Whitney La

Springfield, MO 65810

April 27, 2023

RE: Tony Nguyen's Case

To The Honorable Judge:

I am writing on behalf of Tony Nguyen. I met Mr. Nguyen through some mutual friends back in high school. We immediately connected and I found his character to be very selfless, caring, and loving. He is the one I can always count on when I'm going through my own personal problems. I know his family dynamic wasn't the best, so he turned to and was impacted a lot through his friends, whom he considered to be family. Although he had a serious lack of judgment for his actions, I know that is not who he truly is and is fully remorseful for his past mistakes. I have almost over two decades of friendship with him, and he is considered my best friend. I've been through all his life stages ever since, and I've seen him change drastically ever since his son, Grey, was born. He is a very dedicated father figure he can be for his child, something that was absent in his own life. I know he has good intentions to be the best father for him, so I ask for leniency through his case, so his son will not go through the same life cycle as him. As a parent myself, I cannot imagine a child going through any years of life without any parent, for I know it will have long life effects on them. I truly believe Mr. Nguyen has learned the difficult way that he has made a mistake and will continue to make better life decisions if he is given a chance to rehabilitate himself through less harsh punishments and circumstances. Regardless of all the challenges he will face, I am confident that Mr. Nguyen will acquire new life skills in avoiding any further poor decisions. I hope my letter will act as a positive factor when the court considers his case. I thank you for your time to read my perspective on Mr. Nguyen.

Sincerely,

Whitney La, RRT

May 11th, 2023

**To:** The Honorable Leo T. Sorkin
United States District Judge
United States Courthouse
One Courthouse Way
Boston, MA 02210

**Re: Character Letter for Tony Kim Nguyen**

Dear Judge Sorokin,

I am writing to express my support for Tony Nguyen, who has been an important part of my life for over 13 years. I have known Tony to be a kind, caring, and responsible individual who has made great strides in turning his life around despite many obstacles and poor decisions in the past.

I understand that Tony has been brought before your court, and I wanted to take this opportunity to offer my perspective on his character. Tony has been through many obstacles in his life, and his past decisions have led him down a difficult path. However, he has shown genuine remorse for his past mistakes and has taken significant steps to reform his behavior and make positive changes in his life.

As a father to a toddler, Tony has always been a loving and devoted parent. He has consistently put his child's needs first, ensuring that his child will have a stable home environment and providing for his child's needs. Tony has turned his life around and has taken steps to become the kind of father his son deserves, one who will guide him and teach him valuable life lessons.

Tony is also a selfless person who is always willing to help family and friends when they are in need. He has gone out of his way to offer support and assistance to those around him, without expecting anything in return.

Moreover, I want to bring to your attention that Tony has found employment selling solar. He takes pride in his job and enjoys helping families reduce their carbon footprint. This employment has allowed him to provide for his family and become a contributing member of society.

In conclusion, I want to reiterate my belief that Tony has made significant progress in turning his life around, becoming a responsible parent, a contributing member of society, and a selfless individual who is always willing to help others. I hope that you will take this letter into consideration as you make your decision.

Thank you for your time and consideration.

Sincerely,
Quyen Tran
Project Operations Manager


Adyen San Francisco

San Francisco, CA 94107, United States

May 15, 2023

From: Francine M. Nguyen

Elizabethtown, KY 42701-6830

To: The Honorable Leo T. Sorokin
United States District Judge
United States Court House
1 Courthouse Way
Boston, MA 02210-3002

Dear Judge Sorokin,

It is my sincerest pleasure to write on behalf of Tony K. Nguyen. Thank you for taking the time to review my letter for his case. The purpose of this letter is to demonstrate how his character has refined and enhanced in the last decade.

I met Tony in 2011 through friends. I did not get to know him well that specific night, but I noticed his character through observation. He was selfless and cared for the safety and well-being of others. This continued to be proven true over the years, and I also witnessed his immense loyalty, continued selflessness, and uplifting support to his family and friends. It has been unfortunate that during these years, Tony made some poor decisions. I strongly believe that his lack of a father figure in his upbringing had a major impact on his judgment skills. The fatherless figure in his life deprived Tony of the opportunity to be guided and mentored in the right direction when his peers were negatively influencing him.

My relationship with Tony grew much closer in the last several years. During this time, he became a father to an especially bright boy. Becoming a father allowed Tony to reflect vehemently on his past. Not only did he realize the intensity of his mistakes, he was certain that he didn't want his son to experience what he experienced—the lack of a father figure at home—which greatly influenced his decision-making and judgment in early adulthood. Tony has been nothing short of a positive and present father to his son. I can confidently say that all of his decisions are made with his son's safety, health, and future in his best interest. I have witnessed Tony's humility, honor, compassion, and sincerity flourish.

Tony's ultimate goal in life is to be present for his son—to ensure his son has the most proper and constructive upbringing that he deserves. His determination to stabilize his life and prove himself worthy is unwavering. Tony deserves the chance to be present for his son and to continue to prove that his poor past decisions do not define who he is. This is only possible with your unequivocal reconsideration to which I am most humbly

and respectfully requesting in the final judgment for Tony's sentence. I am confident that he will continue to exercise good judgment not only for himself, but for his son, family, friends, and community as well.

The point of contact for this letter is the undersigned at 408-373-5299 or NguyenFrancine7@gmail.com.

Very respectfully,

Francine Nguyen
First Lieutenant, U.S. Army Reserve